# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER TODD WHITTON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER MORTIMER, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01399-APG-PAL<br><br>**ORDER DISMISSING CASE** |

I previously administratively closed this case pending resolution of criminal charges against the plaintiff. ECF No. 24.  The plaintiff subsequently filed a motion to voluntarily dismiss this case. ECF No. 25.

IT IS THEREFORE ORDERED that the plaintiff's motion to dismiss (**ECF No. 25**) is **GRANTED**.  This action is dismissed without prejudice.

DATED this 6th day of October, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE